479 A.2d 1131

Commonwealth v. Alexatos, Appellant.

Submitted February 27, 1984. John J. Morgan, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Judgment of sentence affirmed.